No. 23-1166 September Term, 2023

EPA-88FR37155

Filed On: June 17, 2024 [2060150]

Environmental Defense Fund,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator of the United
States Environmental Protection Agency,

    Respondents

------------------------------

American Chemistry Council,
    Intervenor

------------------------------

Consolidated with 23-1204

**O R D E R**

    It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on September 24, 2024, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

              BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)