# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 23-1166 | September Term, 2024 |
| | EPA-88FR37155 |
| | Filed On: September 11, 2024 [2074249] |

Environmental Defense Fund,

        Petitioner

        v.

Environmental Protection Agency and
Michael Regan, Administrator of the United
States Environmental Protection Agency,

        Respondents

------------------------------

American Chemistry Council,
        Intervenor

------------------------------

Consolidated with 23-1204

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for September 24, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner Environmental Defense Fund | - | 15 Minutes |
| Petitioners American Chemistry Council, et al. | - | 15 Minutes |
| Respondents | - | 30 Minutes |

The panel considering these cases will consist of Circuit Judges Walker and Pan, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 13, 2024.

### Per Curiam

        FOR THE COURT:
        Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)